UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND, et al.,

                                        No. 20 Civ. 1843 (LTS)

                  Plaintiffs,

          -against-                    ORDER

SKYWORX CONTRACTING INC.,

                  Defendant.
-------------------------------------------------------x

## ORDER

On March 24, 2020, the Court entered an order in this matter scheduling an initial pretrial conference for Friday, June 26, 2020, at 10:45 a.m. The docket shows no evidence of service or any activity since the issuance of the initial conference order. Plaintiffs are hereby directed to file a status report concerning this matter by Thursday, June 25, 2020.

The initial pretrial conference scheduled for June 26, 2020, is adjourned pending further order of the Court.

          SO ORDERED.

Dated: New York, New York
          June 22, 2020

                                                  _/s/ Laura Taylor Swain_
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge