UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND, et al.,

                         No. 20 Civ. 1843 (LTS)

                Plaintiffs,

        -against-                   ORDER

SKYWORX CONTRACTING INC.,

                Defendant.
--------------------------------------------------------x

ORDER

        Plaintiff is hereby directed to file a status report by **March 5, 2021**.  In the

absence of a timely filing, this action will be dismissed for failure to prosecute.


        SO ORDERED.

Dated: New York, New York
       February 23, 2021


                             /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                            United States District Judge